FAG KUGELFISCHER GEORG SCHAFER AG, FAG BEARINGS CORP., SKF USA INC., SKF GMBH, NTN BEARING CORP. OF AMERICA, NTN KUGELLAGERFABRIK (DEUTSCHLAND) GMBH, INA WALZLAGER SCHAEFFLER KG, AND INA BEARING CO., INC., PLAINTIFFS AND DEFENDANT-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolidated Court No. 97–02–00260

(Dated August 20, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *FAG Kugelfischer Georg Schafer AG v. United States,* 25 CIT 74, Slip Op. 01–13 (Feb. 2, 2001) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

ORDERED that the Remand Results filed by Commerce on May 2, 2001, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.

FAG ITALIA, S.P.A., FAG BEARINGS CORP., SKF USA INC., AND SKF INDUSTRIE S.P.A., PLAINTIFFS AND DEFENDANT-INTERVENORS *v.* UNITED STATES, DEFENDANT, AND TORRINGTON CO., DEFENDANT-INTERVENOR AND PLAINTIFF

Consolidated Court No. 97–02–00260–S

(Dated August 20, 2001)

## JUDGMENT

TSOUCALAS, *Senior Judge:* This Court having received and reviewed the United States Department of Commerce, International Trade Administration's ("Commerce") Final Results of Redetermination Pursuant to Court Remand, *FAG Italia, S.p.A. v. United States,* 24 CIT 1311, Slip Op. 00–154 (Nov. 21, 2000) ("Remand Results"), and Commerce having complied with the Court's remand, it is hereby

ORDERED that the Remand Results filed by Commerce on April 23, 2001, are affirmed in their entirety; and it is further

ORDERED that since all other issues have been decided, this case is dismissed.